In the Matter of JAMES G. GRIFFIN et al., Respondents, v. COUNTY OF WESTCHESTER et al., Appellants.—

832

Rabin, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.